THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LILY B. FOSTER, Appellant.— Appeal dismissed, without costs, on the ground that the order is an interlocutory order and not appealable. All concur. (The portion of the order appealed from denies defendant's motion to dismiss certain counts of an indictment charging defendant with the crime of abortion.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

SAM PIZZO, Appellant, v. ELIZABETH W. STOLER, Individually and Doing Business under the Name of STOLER CIGAR STORE, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See *ante*, p. 980.]

### FIRST DEPARTMENT, JUNE, 1946.
### (June 7, 1946.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO ARRIGOTTI, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [154, 170 Nassau St., Borough of Manhattan.] — Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BUILDING SUPERVISION CORP., Respondent, v. FLORENCE AARON et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 1014.]

THIRD AVENUE TRANSIT CORPORATION, Appellant, v. CITY OF NEW YORK, Respondent. SURFACE TRANSPORTATION CORPORATION OF NEW YORK, Appellant, v. CITY OF NEW YORK, Respondent.— Judgments unanimously affirmed, with one bill of costs of these appeals. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [183 Misc. 1027.]